**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 3/9/2022

March 9, 2022

**VIA ECF**

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The application is  X  granted
                   ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 3/9/2022
New York, New York

RE:   **United States v. Alton Barnes**
      **22 Cr 109 (ER)**

Dear Judge Ramos:

    I write on behalf of my client, Alton Barnes, to respectfully request that the Court extend the deadline for securing two co-signers to Mr. Barnes's bond until Wednesday, March 16, 2022. The government consents to this request.

    On March 4, 2022, Your Honor ordered that Mr. Barnes be released on his own signature and under the following bail conditions, *inter alia*: a $50,000 personal recognizance bond to be co-signed by two financially responsible persons; travel restricted to SDNY/EDNY; surrender of all travel documents and no new applications; and home detention enforced by location monitoring technology. The remaining conditions were to be met by today, March 9, 2022. Mr. Barnes is currently in New York custody. We expect the warrant from the Bronx will be cleared by the end of the week, at the latest. Mr. Barnes's fiancé, Audrey Perez, has co-signed the personal recognizance bond. We respectfully request additional time to secure a second co-signer to the bond. Thank you for your consideration of this matter.

    Respectfully submitted,

    Ian Marcus Amelkin
    Assistant Federal Defender
    (212) 417-8733
    ian_marcus_amelkin@fd.org

cc: Edward Robinson, Jr., Esq., Assistant U.S. Attorney