**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 3/30/2022

March 29, 2022

<u>**VIA ECF**</u>

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The application is  X  granted
> ____ denied
>
> [signature]
> Edgardo Ramos, U.S.D.J
> Dated: 3/30/2022
> New York, New York

     RE:   <u>**United States v. Alton Barnes**</u>
             **22 Cr 109 (ER)**

Dear Judge Ramos:

     The defense writes with the consent of the Government, Pretrial Services, and Probation to request the Court modify the conditions of Mr. Barnes's pretrial release. Since his release he has been fully compliant with the terms of bail. <u>The defense requests that the Court amend the approved place of Mr. Barnes's home detention from "with his partner" to "at an address approved by Pretrial Services." Mr. Barnes may have to move in with his aunt at least temporarily and this will allow him to do so.</u> Thank you for the Court's consideration.

                            Respectfully submitted,

                            [signature]

                            Ian Marcus Amelkin
                            Assistant Federal Defender
                            52 Duane Street, 10th Floor
                            New York, NY 10007
                            (212) 417-8733
                            ian_marcus_amelkin@fd.org

cc:     Edward Robinson, Jr., Esq.
          Assistant U.S. Attorney