

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2022

> The motions scheduled is granted. A hearing will be held on August 19, 2022 at 10 a.m. Speedy trial time is excluded from April 6, 2022 until August 19, 2022, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __5/19/2022_____
> New York, New York

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Alton Barnes*, 22 Cr. 00109 (ER)

Dear Judge Ramos:

The parties respectfully request that the Court establish a motions schedule in the above-captioned case. If the Court grants the parties' request, the schedule would be: <u>defense motions due June 24, 2022; Government's opposition due July 15, 2022; and defense replies due July 22, 2022</u>.

Defense counsel received discovery from the Government on March 20, 2022 and needs time to review discovery before filing motions.

The Government respectfully requests the exclusion of time under the Speedy Trial Act until the new deadlines expire. Defense counsel consents to the request.

Thank you for your consideration of the matter.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by:   /s/ Edward C. Robinson Jr.
Edward C. Robinson Jr.
Assistant United States Attorney
(212) 637- 2273

Cc: Ian Marcus Amelkin, Esq.