# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 6, 2022

**VIA ECF**

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    RE:  **United States v. Alton Barnes**
           22 Cr 109 (ER)

Dear Judge Ramos:

    The defense writes to <u>request the Court temporarily modify Mr. Barnes's bail conditions to allow him to attend his aunt's home in the Bronx on Sunday to celebrate Mother's Day</u>. This will be a special Mother's Day gathering because it will honor Mr. Barnes's mother who passed away. Mr. Barnes's siblings and cousins will be in attendance. He respectfully requests leave to attend the party from 12 PM to 10 PM. Pretrial services opposes the request, as a matter of policy, but Mr. Barnes's officer notes that he is fully compliant with the terms of his pretrial release. The Government defers to pretrial and the Court. Thank you for the Court's consideration.

                                  Respectfully submitted,

                                  Ian Marcus Amelkin
                                  Assistant Federal Defender
                                  52 Duane Street, 10th Floor
                                  New York, NY 10007
                                  (212) 417-8733
                                  ian_marcus_amelkin@fd.org

cc:    Edward Robinson, Jr., Esq.
        Assistant U.S. Attorney

                                  SO ORDERED.

                                  _____
                                  Edgardo Ramos, U.S.D.J
                                  Dated:  __5/7/2022_____
                                  New York, New York