**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 18, 2022

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Alton Barnes**
      **22 Cr 109 (ER)**

> Mr. Barnes' conditions of bail are modified to allow him to attend his goddaughter's birthday party on May 27, 2022 and as further set forth below.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __5/19/2022__
> New York, New York
>
> **MEMO ENDORSED**

Dear Judge Ramos:

The defense writes to request the Court temporarily modify Mr. Barnes's bail conditions to allow him to attend his goddaughter's birthday party in the Bronx on Friday, May 27 from 12 to 10 PM 10 PM. Pretrial services opposes the request, as a matter of policy, but Mr. Barnes's officer notes that he is fully compliant with the terms of his pretrial release and followed directives appropriately when he had leave on Mother's Day. The Government defers to pretrial and the Court. Thank you for the Court's consideration.

Respectfully submitted,

/s/

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733
ian_marcus_amelkin@fd.org

cc:   Edward Robinson, Jr., Esq.
      Assistant U.S. Attorney