# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 13, 2022

**VIA ECF**

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     **RE:**   **United States v. Alton Barnes**
               **22 Cr 109 (ER)**

Dear Judge Ramos:

     The defense writes to request the Court temporarily modify Mr. Barnes's bail conditions to allow him to take his son to spend the day with his son at a local Bronx playground and park to celebrate his son's birthday on Friday, June 17 from 12 PM to 6 PM. Pretrial services opposes the request, as a matter of policy, but Mr. Barnes's officer notes that he is fully compliant with the terms of his pretrial release. The Government defers to pretrial and the Court. Thank you for the Court's consideration.

               Respectfully submitted,

               Ian Marcus Amelkin
               Assistant Federal Defender
               52 Duane Street, 10th Floor
               New York, NY 10007
               (212) 417-8733
               ian_marcus_amelkin@fd.org

cc:   Edward Robinson, Jr., Esq.
       Assistant U.S. Attorney

Defendant's application for temporary modification of bail is GRANTED.

SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:  __6/14/2022__
New York, New York