**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 5, 2022

**MEMO ENDORSED**

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:   **United States v. Alton Barnes**
              **22 Cr 109 (ER)**

Dear Judge Ramos:

     I write with the consent of Pretrial and the Government to modify Mr. Barnes's home detention to allow him to leave his home on Friday afternoons to pick up his daughter at her mother's home and return her home on Sunday afternoons. Mr. Barnes's daughter lives in New York City, and Mr. Barnes will set the time for pickup and drop-off in advance with his Pretrial Services Officer.

                                        Respectfully submitted,

                                        Ian Marcus Amelkin
                                        Assistant Federal Defender
                                        52 Duane Street, 10th Floor
                                        New York, NY 10007
                                        (212) 417-8733
                                        ian_marcus_amelkin@fd.org

cc:    Edward Robinson, Jr., Esq.
         Assistant U.S. Attorney

---

Mr. Barnes' home detention is modified as described above.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: ___7/5/2022_____
New York, New York