

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**, last page.

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2022

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> A control date is set for October 5, 2022 at 10:30 a.m. Speedy trial time is excluded from August 24, 2022 until October 5, 2022, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  9/22/2022
> New York, New York

Re:     *United States v. Alton Barnes*, 22 Cr. 00109 (ER)

Dear Judge Ramos,

The Government writes to respectfully request that the Court set a control date before September 23, 2022 and exclude time under the Speedy Trial Act until that date so the parties may discuss a disposition and prepare for trial.

The Court previously excluded time under the Speedy Trial Act until August 19, 2022. Dkt. 20. On June 24, 2022, the defendant filed his motion to suppress, which additionally stopped the Speedy Trial Clock "until the conclusion of the hearing, or other prompt disposition of, such motion." 18 U.S.C. § 3161(h)(1)(D); *see also U.S. v. Tinklenberg*, 463 U.S. 647 (2011) (holding that Section 3161(h)(1)(D) "stops the speedy trial clock from running automatically upon the filing of a pretrial motion irrespective of whether the motion has any impact on when the trial begins"). Because the motion is now under advisement as of the oral argument on August 24, 2022, the speedy trial clock remains tolled until September 23, 2022. 18 U.S.C. § 3161(h)(1)(H).

The parties request that the Court exclude time until the control date the Court sets to permit the parties to discuss pretrial resolution.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Edward C. Robinson Jr.
    Edward C. Robinson Jr.
    Assistant United States Attorney
    (212) 637-2273

cc: Counsel (ECF)