UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Alton Barnes,<br><br>Supervisee. | Docket No. 1:22CR00109-01 (ER)<br><br>ORDER |

Honorable Edgardo Ramos, U.S. District Judge:

IT IS HEREBY ORDERED: For the reasons stated on the record during an initial violation of supervised release conference held on July 11, 2024, the following bail release condition and modification of the supervised release conditions is ordered as follows:

The supervisee shall be placed on home detention monitored by location monitoring GPS technology and must abide by all technology requirements. The supervisee must pay all or part of the costs of participation in the location monitoring program as directed by the court and the probation officer. The supervisee will be restricted to his residence at all times except for employment, mental health treatment, substance use treatment, attorney visits, court appearances, and medical appointment, in each instance with prior notice and approval by the U.S. Probation Officer.

SO ORDERED.

Dated:   July 12, 2024
         New York, New York

_____
Honorable Edgardo Ramos
U.S. District Judge